IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

KEVIN WILLIAM RIDENOUR,

    Defendant.
_____/

CR. S-07-0145 FCD

ORDER FOR RELEASE OF PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release KEVIN WILLIAM RIDENOUR, Case No. CR. S-07-0145 FCD, Charge 18 U.S.C. 3606, from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $ [ ]

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

      ___  Corporate Surety Bail Bond

      _X_  (Other) [The defendant to remain on Supervised Release as previously ordered on June 15, 2009, with additional conditions as set forth in the separate Judgment to be issued.]

Issued at Sacramento, CA on February 8, 2010 at 10:45 a.m.

Dated: February 8, 2010

                                      FRANK C. DAMRELL JR.
                                      UNITED STATES DISTRICT JUDGE